UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SIMON D/B/A PAUL SIMON MUSIC<br><br>PLAINTIFF<br><br>V.<br><br>RHYTHM USA, INC., and RHYTHM WATCH CO., LTD.<br><br>DEFENDANTS. | CASE NO.<br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Paul Simon Music, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       July 16, 2008

                    HANLY CONROY BIERSTEIN SHERIDAN
                    FISHER & HAYES LLP

                    By: _____
                    Steven M. Hayes
                    112 Madison Avenue – 7th Floor
                    New York, NY 10016-7416
                    (212) 784-6414 (Direct)
                    (212) 213-5949 (Fax)
                    shayes@hanlyconroy.com

                    Attorneys for Plaintiff