*Memo Endr'sd*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Simon D/B/A Paul Simon Music, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-Civ-6440 (CM) |
| ) | |
| v. ) | STIPULATION |
| ) | |
| Rhythm USA, Inc., and Rhythm ) | |
| Watch Co., Ltd., ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that the time for defendants Rhythm USA, Inc. and Rhythm Watch Co., Ltd. to answer, move, or otherwise respond to the Complaint is extended to October 28, 2008.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that nothing in this Stipulation and Order shall be deemed to constitute an appearance by the aforementioned defendants or consent by such defendants to jurisdiction and/or venue, and that the above-listed defendants retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons. This Stipulation constitutes the filing of a waiver of service with respect to the above-listed defendants under the Federal Rules of Civil Procedure.

*[signatures appear on next page]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/08

Dated: New York, New York
September 16, 2008

_____
Steven M. Hayes (SH-2926)

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Avenue -- 7th Floor
New York, NY 10016-7416
Tel: (212) 784-6414
shayes@hanlyconroy.com

Attorney for Plaintiff

_____
David Leichtman (DL-7233)

LOVELLS LLP
590 Madison Avenue
New York, NY 10022
Tel: (212) 909-0600
david.leichtman@lovells.com

Attorneys for Defendants

9/22/08

2