# EXHIBIT A

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW YORK SOUTHERN** | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 17,699 | 12,201 | 12,945 | 12,422 | 12,321 | 13,937 | | |
| | Terminations | | 12,418 | 11,339 | 11,346 | 11,471 | 10,780 | 12,618 | | |
| | Pending | | 24,791 | 20,047 | 19,302 | 17,638 | 17,275 | 16,198 | | |
| | % Change in Total Filings | Over Last Year | | 45.1 | | | | | 4 | 1 |
| | | Over Earlier Years | | | 36.7 | 42.5 | 43.6 | 27.0 | 5 | 1 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 19.1 | 2.0 | 6.3 | 8.8 | 33.3 | 15.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 632 | 435 | 462 | 444 | 441 | 498 | 10 | 1 |
| | | Civil | 576 | 385 | 409 | 388 | 381 | 441 | 7 | 1 |
| | | Criminal Felony | 35 | 34 | 40 | 44 | 47 | 48 | 83 | 5 |
| | | Supervised Release Hearings** | 21 | 16 | 13 | 12 | 13 | 9 | 52 | 4 |
| | Pending Cases | | 885 | 716 | 689 | 630 | 617 | 579 | 6 | 1 |
| | Weighted Filings** | | 664 | 501 | 551 | 527 | 513 | 539 | 6 | 1 |
| | Terminations | | 444 | 405 | 405 | 410 | 385 | 451 | 42 | 3 |
| | Trials Completed | | 12 | 13 | 15 | 16 | 17 | 15 | 79 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 18.5 | 16.7 | 14.5 | 11.9 | 11.8 | 13.3 | 93 | 6 |
| | | Civil** | 9.8 | 8.3 | 8.8 | 8.1 | 8.4 | 8.3 | 57 | 2 |
| | From Filing to Trial** (Civil Only) | | 25.6 | 25.7 | 22.0 | 26.8 | 22.6 | 23.0 | 49 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 2,430 | 3,107 | 2,652 | 1,656 | 1,312 | 1,230 | | |
| | | Percentage | 11.3 | 18.4 | 16.7 | 11.6 | 9.2 | 9.2 | 85 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.7 | 1.9 | 1.7 | 1.5 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 96.21 | 96.33 | 99.86 | 88.01 | 82.96 | 83.28 | | |
| | | Percent Not Selected or Challenged | 39.8 | 60.4 | 62.0 | 53.1 | 54.8 | 61.9 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 16125 | 270 | 628 | 1335 | 71 | 42 | 902 | 2365 | 7023 | 768 | 1454 | 59 | 1208 |
| Criminal* | 968 | 1 | 264 | 116 | 86 | 251 | 22 | 37 | 14 | 65 | 28 | 22 | 62 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."