# EXHIBIT B

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| GEORGIA NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 4,487 | 4,554 | 4,886 | 5,620 | 5,479 | 5,356 | | |
| | Terminations | | 4,560 | 4,898 | 5,692 | 5,370 | 5,102 | 5,437 | | |
| | Pending | | 3,505 | 3,574 | 3,890 | 4,649 | 4,415 | 4,035 | | |
| | % Change in Total Filings | Over Last Year | -1.5 | | | | | | 53 | 7 |
| | | Over Earlier Years | | -8.2 | -20.2 | -18.1 | -16.2 | | 72 | 9 |
| | Number of Judgeships | | 11 | 11 | 11 | 11 | 11 | 11 | | |
| | Vacant Judgeship Months** | | .0 | 5.1 | 3.0 | 1.6 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 408 | 415 | 444 | 511 | 498 | 487 | 51 | 8 |
| | | Civil | 355 | 353 | 383 | 438 | 422 | 416 | 31 | 6 |
| | | Criminal Felony | 38 | 51 | 47 | 55 | 60 | 56 | 81 | 9 |
| | | Supervised Release Hearings** | 15 | 11 | 14 | 18 | 16 | 15 | 72 | 8 |
| | Pending Cases | | 319 | 325 | 354 | 423 | 401 | 367 | 63 | 7 |
| | Weighted Filings** | | 461 | 500 | 541 | 625 | 595 | 557 | 40 | 7 |
| | Terminations | | 415 | 445 | 517 | 488 | 464 | 494 | 54 | 8 |
| | Trials Completed | | 23 | 17 | 16 | 20 | 21 | 21 | 35 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.5 | 11.0 | 11.5 | 8.8 | 8.2 | 8.1 | 76 | 9 |
| | | Civil** | 7.7 | 9.5 | 10.0 | 9.3 | 9.3 | 9.8 | 26 | 6 |
| | From Filing to Trial** (Civil Only) | | 27.9 | 31.0 | 27.0 | 22.0 | 25.5 | 23.5 | 56 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 70 | 83 | 83 | 70 | 65 | 64 | | |
| | | Percentage | 2.5 | 2.9 | 2.6 | 1.8 | 1.7 | 1.8 | 22 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.8 | 1.7 | 1.9 | 1.6 | 1.7 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 34.11 | 45.86 | 45.85 | 38.96 | 36.40 | 37.21 | | |
| | | Percent Not Selected or Challenged | 38.6 | 37.6 | 37.6 | 32.1 | 31.2 | 32.1 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3900 | 160 | 176 | 1058 | 88 | 76 | 180 | 526 | 275 | 244 | 655 | 10 | 452 |
| Criminal* | 405 | 6 | 65 | 44 | 104 | 77 | 15 | 23 | 14 | 9 | 16 | 13 | 19 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."