McMahon, J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Paul Simon D/B/A Paul Simon Music,<br><br>    Plaintiff,<br>v.<br><br>Rhythm USA, Inc., and Rhythm Watch Co., Ltd<br><br>    Defendants. | Case No. 08-Civ-6440 (CM)<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Paul Simon D/B/A Paul Simon Music, and defendants Rhythm USA, Inc. and Rhythm Watch Co., Ltd., by their respective undersigned counsel, that all claims, crossclaims and counterclaims that were raised or could have been raised in this action be dismissed with prejudice, without costs, each party bearing their own attorneys fees, and waiving all rights of appeal.

Dated: New York, New York
      October 10, 2008

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP

By: _____
    Steven M. Hayes (SH-2926)
112 Madison Avenue -- 7th Floor
New York, NY 10016-7416
Tel: (212) 784-6414
shayes@hanlyconroy.com

Attorney for Plaintiff

SO ORDERED:

Dated: 11/12, 2008

LOVELLS LLP

By: _____
    David Leichtman (DL-7233)
    Bryan J. Vogel (BV-7771)
590 Madison Avenue
New York, NY 10022
Tel: (212) 909-0600
david.leichtman@lovells.com

Attorneys for Defendants

_____
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/08